# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '22 MJ1030 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21 U.S.C. §§ 952 and 960 |
| Fernanda RODRIGUEZ Rodriguez, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about March 19, 2022, within the Southern District of California, Fernanda RODRIGUEZ Rodriguez, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement, incorporated herein by reference.

Special Agent C. Hoffman
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 21st of March 2022.

HON MICHAEL S. BERG
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

These facts are based on my personal participation in this investigation and on written and oral statements received from other law enforcement officers. I submit that the facts contained in this statement demonstrate that probable cause exists to believe that the defendant named in the attached complaint committed the crimes charged in the complaint. I declare under penalty of perjury, the following is true and correct:

On March 19, 2022, at approximately 0857 hours, Fernanda RODRIGUEZ Rodriguez, a citizen of Mexico and Lawful Permanent Resident of the United States, arrived from Mexico and applied for admission to the United States at the San Ysidro Port of Entry in vehicle lane number 27. RODRIGUEZ Rodriguez was the driver and sole occupant of a 2019 Hyundai Accent bearing Baja California license plates.

A U.S. Customs and Border Protection (CBP) Officer received two negative Customs declarations from RODRIGUEZ Rodriguez. RODRIGUEZ Rodriguez stated that she was crossing the border to go to San Diego, California. The CBP Officer conducted a cursory inspection of the vehicle, including the trunk, and noticed plastic packages containing a white substance in the left rear quarter panel of the vehicle.

1

A CBP Officer operating the Z-Portal X-Ray machine detected anomalies in the rear quarter panels and spare tire of the vehicle.

Further inspection of the vehicle resulted in the discovery of 43 packages concealed in the quarter panels and spare tire of the vehicle, with a total approximate weight of 27.12 kgs (59.66 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

RODRIGUEZ Rodriguez was placed under arrest at approximately 1100 hours.

During a post-Miranda interview, RODRIGUEZ Rodriguez denied knowledge that the narcotics were in the vehicle. RODRIGUEZ Rodriguez stated that she was going to her home in San Diego, California. RODRIGUEZ Rodriguez acknowledged that the vehicle that she was driving was hers, although it was registered in her father's name. RODRIGUEZ Rodriguez stated that she had been solicited to transport cash from Oceanside, California to Tijuana, Mexico for $1,500. RODRIGUEZ Rodriguez further stated that she had given a spare key to her vehicle to an unidentified male in Tijuana, so that he could install a box in her vehicle for the purpose of transporting the cash. RODRIGUEZ Rodriguez stated that the box was never installed, and she never picked up any currency. RODRIGUEZ Rodriguez maintained that she was unaware of the methamphetamine in the vehicle.

RODRIGUEZ Rodriguez was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

On the basis of the above information, the complainant concludes to the best of his ability that there is probable cause to believe that the defendant, Fernanda RODRIGUEZ Rodriguez, has committed a criminal violation of Title 21, United States Code, Sections 952 and 960.

Executed on March 19, 2022, at 2353 hrs.

_____
Chad Hoffman, Special Agent
Homeland Security Investigations

On the basis of the facts presented in this probable cause statement consisting of 3 pages, I find probable cause to believe the defendant, Fernanda RODRIGUEZ Rodriguez, named in this probable cause statement, committed the offense on March 19, 2022, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

_____         7:42 AM, Mar 20, 2022
Hon. Michael S. Berg                Date/Time
United States Magistrate Judge

3